|  |  |  |
|---|---|---|
|  | AUSA: Fisher | Telephone: (864) 282-2111 |
| AO 106 (Rev. 04/10) Application for a Search Warrant  Special Agent: | Hurt, ATF | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 6:24 cr 998
7845 White Horse Road Greenville, SC 29611 )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

located in the _____ District of ____South Carolina____ , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1958(a) | Conspiracy to Commit Murder-For-Hire |

The application is based on these facts:
See attached AFFIDAVIT.

☑ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Dustin Hurt, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence by telephone 11/18/23 9:25 a.m.
and/or by reliable electronic means.

Date: 11/18/23

_____
*Judge's signature*

City and state: Greenville, SC     Hon. Kevin F. McDonald, U. S. Magistrate Judge
*Printed name and title*